UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


PAM POWERS,

        Plaintiff,

Case No. 1:07-cv-1235

Hon. Hugh W. Brenneman, Jr.

vs.

KALAMAZOO BREAKTHROUGH
CONSUMER HOUSING COOPERATIVE
d/b/a NEW HORIZON VILLAGE, and,
MIDWEST MANAGEMENT COMPANY,
LLC,

        Defendants.
        _____/

## ORDER

In accordance with the Opinion entered this date, Defendants' motion to dismiss or for summary judgment (docket no. 33) is **DENIED.**

**IT IS SO ORDERED.**


Dated: September 9, 2009         /s/ Hugh W. Brenneman, Jr.
        HUGH W. BRENNEMAN, JR.
        United States Magistrate Judge